NIELSEN MERKSAMER
　PARRINELLO GROSS & LEONI LLP
MARGUERITE MARY LEONI, ESQ. (S.B. No. 101696)
CHRISTOPHER E. SKINNELL, ESQ. (S.B. No. 227093)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone:  (415) 389-6800
Facsimile:    (415) 388-6874
Email: mleoni@nmgovlaw.com
Email: cskinnell@nmgovlaw.com

*Attorneys for Intervener-Defendant*
CALIFORNIANS TO DEFEND THE OPEN PRIMARY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EMIDIO "MIMI" SOLTYSIK & JENNIFER MCCLELLAN,<br><br>　　*Plaintiffs*,<br><br>vs.<br><br>ALEX PADILLA, California Secretary of State & DEAN LOGAN, Registrar/Recorder/County Clerk of the County of Los Angeles,<br><br>　　*Defendants*,<br><br>CALIFORNIANS TO DEFEND THE OPEN PRIMARY,<br><br>　　*Proposed Intervener-Defendant*. | Case #2:15-cv-07916-AB-GJSx<br><br>**REPLY REQUEST FOR JUDICIAL NOTICE OF CALIFORNIANS TO DEFEND THE OPEN PRIMARY IN SUPPORT OF MOTION TO INTERVENE**<br><br>JUDGE: Hon. Andre Birotte, Jr.<br>COURTROOM: 4<br>HEARING DATE: Dec. 14, 2015<br>TIME: 10:00 a.m. |

Pursuant to Rule 201 of the Federal Rules of Evidence, Interveners respectfully request that the Court take judicial notice of the following documentary evidence, attached as Exhibit 1 hereto: The Intervener/Respondents' Answering Brief in *Field v. Bowen*, 199 Cal. App. 4th 346 (2011), downloaded from the website of the Los Angeles Law Library, at http://www.lalawlibrary.org/index.php/legal-research/library-materials/legal-briefs.html.

## JUDICIAL NOTICE OF THIS DOCUMENT IS APPROPRIATE UNDER FEDERAL RULE OF EVIDENCE 201

Briefs filed in a California Court of Appeal are subject to judicial notice under Federal Rule of Evidence 201. *See Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002).

With respect to all of the foregoing documents, "[f]ederal courts consider records from government websites to be self-authenticating under Rule 902(5)." *Paralyzed Veterans of Am.*, 2008 U.S. Dist. LEXIS 69542, *22 (N.D. Cal. Sept. 9, 2008). Moreover, "[a] trial court may presume that public records are authentic and trustworthy. The burden of establishing otherwise falls on the opponent of the evidence, who must come 'forward with enough negative factors to persuade a court that a report should not be admitted.'" *Gilbrook v. City of Westminster,* 177 F.3d 839, 858 (9th Cir. 1999) (quoting *Johnson v. City of Pleasanton,* 982 F.2d 350, 352 (9th Cir. 1992)). Nevertheless, the authenticity of these documents is further corroborated by the Declaration of Christopher Skinnell, attached hereto.

///
///
///
///
///

1 | For the foregoing reasons, Interveners hereby respectfully ask that the
2 | Court take judicial notice of the above-listed documentary evidence.

3 | Dated: November 30, 2015            NIELSEN MERKSAMER
4 |                                       PARRINELLO GROSS & LEONI LLP

5 |                                    By: /s/        Christopher E. Skinnell
6 |                                            Christopher E. Skinnell

7 |                                    *Attorneys for Intervener-Defendant*
8 |                                    CALIFORNIANS TO DEFEND
  |                                    THE OPEN PRIMARY

## **Declaration of Christopher E. Skinnell**

I, CHRISTOPHER SKINNELL, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and make this declaration of my own personal knowledge.

2. I am one of the attorneys for Proposed Intervener in this action, CALIFORNIANS TO DEFEND THE OPEN PRIMARY. I was also counsel of record to the Intervener/Respondents in *Field v. Bowen*, 199 Cal. App. 4th 346 (2011).

3. On November 27, 2015, I downloaded a copy of Intervener/Respondents' Answering Brief from the *Field* case from the LA Law Library website, where California appellate briefs are archived. *See* http://www.lalawlibrary.org/index.php/legal-research/library-materials/legal-briefs.html.  A true and correct copy of that brief is attached to Interveners' Request for Judicial Notice, filed herewith, as Exhibit 1.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge except for those matters stated on information and belief and, as to those matters, I believe them to be true.  If called as a witness, I could competently testify thereto.

Executed on November 30, 2015, at San Rafael, California.

/s/ Christopher E. Skinnell
CHRISTOPHER SKINNELL