NIELSEN MERKSAMER
   PARRINELLO GROSS & LEONI LLP
MARGUERITE MARY LEONI, ESQ. (S.B. No. 101696)
CHRISTOPHER E. SKINNELL, ESQ. (S.B. No. 227093)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone:  (415) 389-6800
Facsimile:   (415) 388-6874
Email: mleoni@nmgovlaw.com
Email: cskinnell@nmgovlaw.com

*Attorneys for Intervener-Defendant*
CALIFORNIANS TO DEFEND THE OPEN PRIMARY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EMIDIO "MIMI" SOLTYSIK & JENNIFER MCCLELLAN,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ALEX PADILLA, California Secretary of State & DEAN LOGAN, Registrar/Recorder/County Clerk of the County of Los Angeles,<br><br>*Defendants,*<br><br>CALIFORNIANS TO DEFEND THE OPEN PRIMARY,<br><br>*Intervener-Defendant.* | Case #2:15-cv-07916-AB-GJSx<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE OF CALIFORNIANS TO DEFEND THE OPEN PRIMARY IN SUPPORT OF MOTION TO DISMISS; DECLARATION OF CHRISTOPHER E. SKINNELL**<br><br>JUDGE: Hon. Andre Birotte, Jr.<br>COURTROOM: 4<br>HEARING DATE: Mar. 14, 2016<br>TIME: 10:00 a.m. |

Pursuant to Rule 201 of the Federal Rules of Evidence, Intervener-Defendant CADOP respectfully requests that the Court take judicial notice of the following documents:

- The legislative history of Senate Bill 6 (2009-2010 Reg. Sess.), Cal. Stats. 2009, ch. 1, included in Exhibit 1 hereto; and
- The legislative history of Assembly Bill 1413 (2011-2012 Reg. Sess.), Cal. Stats. 2012, ch. 3, included in Exhibit 2 hereto.

## JUDICIAL NOTICE OF THIS DOCUMENT IS APPROPRIATE UNDER FEDERAL RULE OF EVIDENCE 201

"Legislative history is properly a subject of judicial notice." *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012). Moreover, these documents are relevant to Plaintiffs' claims of viewpoint discrimination. *See Las Vegas v. Foley*, 747 F.2d 1294, 1297 (9th Cir. 1984).

With respect to the foregoing documents, "[f]ederal courts consider records from government websites to be self-authenticating under Rule 902(5)." *Paralyzed Veterans of Am.*, 2008 U.S. Dist. LEXIS 69542 at *22. Moreover, "[a] trial court may presume that public records are authentic and trustworthy. The burden of establishing otherwise falls on the opponent of the evidence, who must come 'forward with enough negative factors to persuade a court that a report should not be admitted.'" *Gilbrook v. City of Westminster,* 177 F.3d 839, 858 (9th Cir. 1999) (quoting *Johnson v. City of Pleasanton,* 982 F.2d 350, 352 (9th Cir. 1992)). Nevertheless, the authenticity of these documents is further corroborated by the Declaration of Christopher Skinnell, attached hereto.

For the foregoing reasons, Intervener-Defendant hereby respectfully asks that the Court take judicial notice of the above-listed documents.

///

///

| | | |
|---|---|---|
| 1 | Dated: February 29, 2016 | NIELSEN MERKSAMER |
| 2 | | PARRINELLO GROSS & LEONI LLP |
| 3 | | By: /s/   Christopher E. Skinnell |
| 4 | | Christopher E. Skinnell |
| 5 | | *Attorneys for Intervener-Defendant* |
| 6 | | CALIFORNIANS TO DEFEND |
| 7 | | THE OPEN PRIMARY |

## Declaration of Christopher E. Skinnell

I, CHRISTOPHER SKINNELL, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and make this declaration of my own personal knowledge.

2. I am one of the attorneys for Intervener-Defendant in this action, CALIFORNIANS TO DEFEND THE OPEN PRIMARY.

3. On or about January 28, 2016, I visited the California Legislature's legislative information website, http://leginfo.legislature.ca.gov/faces/billSearchClient.xhtml, where I downloaded the legislative history of Senate Bill 6 (2009-2010 Reg. Sess.), Cal. Stats. 2009, ch. 1, true and correct copies of which are attached hereto as Exhibit 1.

4. On or about January 28, 2016, I visited the California Legislature's legislative information website, http://leginfo.legislature.ca.gov/faces/billSearchClient.xhtml, where I downloaded the legislative history of Assembly Bill 1413 (2011-2012 Reg. Sess.), Cal. Stats. 2012, ch. 3, true and correct copies of which are attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge except for those matters stated on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could competently testify thereto.

Executed on February 29, 2016, at San Rafael, California.

/s/ Christopher E. Skinnell
CHRISTOPHER SKINNELL