# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Michelle Ochoa |
| 2a. Contact Phone Number | 714-450-3962 ext 106 |
| 3a. Contact E-mail Address | mochoa@aclusocal.org |
| 1b. Attorney Name (if different) | Brendan Hamme |
| 2b. Attorney Phone Number | 714-450-3962 ext 101 |
| 3b. Attorney E-mail Address | BHamme@ACLUSOCAL.ORG |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
ACLU OF SOUTHERN CALIFORNIA
1851 EAST FIRST STREET, SUITE 450
SANTA ANA, CA 92705

**5. Name & Role of Party Represented:** Emidio Soltysik et al

**6. Case Name:** Emidio Soltysik et al v. Alex Padilla et al

**7a. District Court Case Number:** 2:15-cv-07916-AB-GJS

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Chia Mei Jui

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☐ Non-Appeal  ☐ Criminal  ☒ Civil  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/14/2016 | A. Birotte Jr | Scheduling Conference Hearing / Motion to Dismiss Hearing | ● | ○ | ○ | ○ | ● | ○ | ○ none on file | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed.)

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 03/21/2016    Signature: /s/Michelle Ochoa

G-120 (11/15)