UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-5

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-07916-AB (GJSx) | Date: | March 19, 2019 |
|---|---|---|---|

Title: *Emidio Soltysik et al v. Alex Padilla et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Appearing   None Appearing

**Proceedings:**   **[In Chambers] ORDER REOPENING CASE AND SETTING DEADLINES**

The Court has reviewed the Ninth Circuit Opinion reversing this Court's order granting Defendants' Motion to Dismiss, and remanding the case.

This matter is hereby **ORDERED REOPENED**.

On this Court's reading of the Opinion, the next step is for Defendants to file an Answer. The Defendants are **ORDERED** to file their Answer within 21 days of the issuance of this order.

If either party believes that filing an Answer is NOT the next step, the parties shall meet and confer and file a Joint Status Report setting forth their positions within 7 days of the issuance of this order.

**IT IS SO ORDERED.**