IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EMIDIO "MIMI" SOLTYSIK,<br><br>     *Plaintiffs*,<br><br>vs.<br><br>ALEX PADILLA, California Secretary of State & DEAN LOGAN, Registrar/Recorder/County Clerk of the County of Los Angeles,<br><br>     *Defendants*,<br><br>CALIFORNIANS TO DEFEND THE OPEN PRIMARY,<br><br>     *Proposed Intervener-Defendant.* | Case #2:15-cv-07916-AB-GJSx<br><br>**[~~Proposed~~] ORDER DISMISSING CALIFORNIANS TO DEFEND THE OPEN PRIMARY WITH PREJUDICE**<br><br>JUDGE: Hon. Andre Birotte, Jr.<br>COURTROOM: 4 |

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED THAT the CALIFORNIANS TO DEFEND THE OPEN PRIMARY shall be dismissed from this action as intervenor-defendants herein, with prejudice as to the claims raised in the Complaint (Dkt. #1). CADOP agrees to abide by any judgment ultimately issued with respect to those claims.

Dated:  April 9, 2019

_____
Hon. Andre Birotte, Jr.
Judge, United States District Court