UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIDIO "MIMI" SOLTYSIK; JENNIFER MCCLELLAN,<br><br>                Plaintiffs,<br><br>    v.<br><br>ALEX PADILLA, in only his official capacity as Secretary of State; DEAN LOGAN, in only his official capacity as Registrar-Recorder / County Clerk of the County of Los Angeles,<br><br>                Defendants,<br><br>CALIFORNIANS TO DEFEND THE OPEN PRIMARY,<br><br>                Intervenor-Defendant. | CASE NO.: 2:15-cv-7916-AB-GJS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE FROM MAY 31, 2019, TO JUNE 14, 2019 |

ORDER

Having reviewed the parties' Stipulation to Continue Scheduling Conference from May 31, 2019 to June 14, 2019, and for good cause appearing,

IT IS HEREBY ORDERED that:

The Scheduling Conference set for May 31, 2019 at 10:00 a.m. is hereby continued to June 14, 2019 at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 13, 2019

By: _____
Hon. Andre Birotte Jr.
United States District Judge