# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EMIDIO SOLTYSKI, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 15-7916-AB (GJSx) |
| v. | |
| ALEX PADILLA, et al., | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Gail J. Standish

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Dated:  June 24, 2019　　　　　　　　　　By:  /s/ Cheryl Wynn
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk