UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 15-7916-AB (GJSx)                                         Date:  June 24, 2019

Title   Emidio Soltyski, *et al.* v. Alex Padilla, *et al.*

Present: The Honorable:  Gail J. Standish, United States Magistrate Judge

| Cheryl Wynn | XTR 6/24/2019 |
|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brendan M. Hamme | *For Alex Padilla:* Peter H. Chang |
| Kevin Minnick | *For Dean Logan:* Gina Eachus |

**Proceedings: TELEPHONIC DISCOVERY CONFERENCE**

   Case called and counsel state their appearances for the record. The Court and counsel confer regarding privilege, and the scope of discovery.

   The Court orders defendant to continue searching for responsive documents, and to provide plaintiffs with any that are not subject to privilege, on a rolling basis.

   Counsel are ordered to meet and confer further, and send a joint status report by email to GJS_chambers@cacd.uscourts.gov by Noon on Tuesday, July 9.  Additionally, counsel may propose a schedule for briefing the issues.

                                                                                                                   00:39
                                                                            **Initials of Preparer**       cw