NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIDIO "MIMI" SOLTYSIK; JENNIFER MCCLELLAN, <br><br>  Plaintiffs, <br><br> v. <br><br> ALEX PADILLA, in only his official capacity as Secretary of State; DEAN LOGAN, in only his official capacity as Registrar-Recorder / County Clerk of the County of Los Angeles, <br><br>  Defendants. | CASE NO.: 2:15-cv-7916-AB-GJS <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO STAY DISCOVERY AND CONTINUE PRETRIAL AND TRIAL DATES |

ORDER

Having reviewed the parties' Stipulation To Stay the Case and Continue Pretrial and Trial Dates, and for good cause appearing,

IT IS HEREBY ORDERED that:

1. Discovery is stayed for a period of 90 days, until February 28, 2020.

2. The current case management deadlines (ECF No. 90) are continued for a corresponding period of 90 days:

| Event | Current Date | New Date |
|---|---|---|
| Bench Trial | September 22, 2020, at 8:30 a.m. | January 5, 2021 at 8:30 a.m. |
| Final Pretrial Conference | September 4, 2020, at 11:00 a.m. | December 4, 2020 at 11:00 am |
| Non-Expert Discovery Cut-Off | January 4, 2020 | April 3, 2020 |
| Expert Disclosure (Initial) | February 1, 2020 | May 1, 2020 |
| Expert Disclosure (Rebuttal) | March 1, 2020 | May 30, 2020 |
| Expert Discovery Cut-Off | March 25, 2020 | June 23, 2020 |
| Last Date to Hear Motions | June 12, 2020 | September 4, 2020 |
| Deadline to Complete Settlement Conference | June 26, 2020 | September 24, 2020 |
| Trial Filings (first round) | August 4, 2020 | November 2, 2020 |
| Trial Filings (second round) | September 4, 2020 | December 1, 2020 |

IT IS SO ORDERED.

DATED: December 10, 2019

By: _____
Hon. Andre Birotte Jr.
United States District Judge

1
ORDER