1 | ZACHARY M. FAIGEN (STATE BAR NO. 294716)
Zack.Faigen@probonolaw.com
2 | ALYSSA E. MUSANTE (STATE BAR NO. 320821)
Alyssa.Musante@probonolaw.com
3 | 300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
4 | Telephone: (213) 687-5000

5 | BRENDAN HAMME (STATE BAR NO. 285293)
BHamme@aclusocal.org
6 | ACLU OF SOUTHERN CALIFORNIA
1851 East 1st Street, Suite 450
7 | Santa Ana, California 92705
Telephone: (714) 450-3963
8 |
Attorneys for Plaintiff
9 | EMIDIO "MIMI" SOLTYSIK

10 | *Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIDIO "MIMI" SOLTYSIK, | CASE NO.: 2:15-cv-7916-AB-GJS |
| Plaintiff, | STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |
| v. | |
| ALEX PADILLA, in only his official capacity as Secretary of State; DEAN LOGAN, in only his official capacity as Registrar-Recorder / County Clerk of the County of Los Angeles, | Judge: Hon. Andre Birotte Jr. |
| Defendants. | |

JOINT STIPULATION

Xavier Becerra
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General
Peter H. Chang
Deputy Attorney General
Peter.Chang@ doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: (415) 510-3776
Fax: (415) 703-1234

*Attorneys for Alex Padilla, California Secretary of State*

Gina V. Eachus
Senior Deputy County Counsel
GEachus@counsel.lacounty.gov
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1832
Fax: (213) 617-7182

*Attorney for Dean Logan, in only his official capacity as registrar-Recorder/County Clerk of the County of Los Angeles*

# STIPULATION

Plaintiff Emidio "Mimi" Soltysik and Defendants Alex Padilla, in only his official capacity as Secretary of State, and Dean Logan, in only his official capacity as Registrar-Recorder / County Clerk of the County of Los Angeles ("Defendants," and collectively with Plaintiff, the "Parties"), through their counsel submit this stipulation of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation"):

**WHEREAS**, on October 8, 2015, Plaintiffs Emidio "Mimi" Soltysik and Jennifer McClellan filed a Complaint for Declaratory and Injunctive Relief ("Complaint");

**WHEREAS**, on April 22, 2016, the Court dismissed the Complaint with prejudice;

**WHEREAS**, on May 20, 2016, only Plaintiff Soltysik filed a Notice of Appeal to the Ninth Circuit Court of Appeals;

**WHEREAS**, on December 3, 2018, the Ninth Circuit issued an opinion reversing and remanding the Court's order dismissing the Complaint;

**WHEREAS**, on February 19, 2019, the Ninth Circuit issued a mandate that its December 3, 2018 judgment take effect;

**WHEREAS**, on June 12, 2019, the Court issued a scheduling order (ECF No. 90);

**WHEREAS**, the Parties engaged in good-faith discovery pursuant to the Court's scheduling order;

**WHEREAS**, in November 2019, Plaintiff Soltysik informed his counsel that he was experiencing health issues that required ongoing medical testing;

**WHEREAS**, the Parties agreed to, and on December 4, 2019 jointly requested, a 90-day stay of discovery until February 28, 2020, and a corresponding 90-day continuance of all existing deadlines to hopefully allow for the resolution of Plaintiff Soltysik's health issues (ECF No. 97);

**WHEREAS**, on December 10, 2019, the Court granted the Parties' joint stipulation to stay the case for 90 days, until February 28, 2020, and continue all case management deadlines for a period of 90 days (ECF No. 98);

**WHEREAS**, Plaintiff Soltysik's health issues remain ongoing and continue to prevent him from prosecuting and participating in the case at this time;

**WHEREAS**, in light of these health issues, Plaintiff Soltysik desires to voluntarily dismiss the case without prejudice;

**WHEREAS**, Defendants have agreed to this course of action; and

**WHEREAS**, in light of Plaintiff Soltysik's condition and the reasons for this voluntary dismissal, Defendants agree not to raise any statute of limitations defense or other timeliness defense based on the passage of time between the date of this Stipulation and the date Plaintiff Soltysik refiles this action or the same claims in the future, in the event Plaintiff Soltysik refiles this action or the same claims in the future.  For the avoidance of doubt, nothing in this Stipulation is intended to limit or otherwise affect any other defense that any Defendant has asserted or may in the future assert if Plaintiff Soltysik refiles this action or the same claims in the future;

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the undersigned parties, that Plaintiff Soltysik's claims against Defendants are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own attorneys' fees and costs.  Neither Plaintiff Soltysik nor his attorneys have received compensation of any kind in return for this dismissal.

DATED: February 27, 2020  By: */s/*        *Zachary M. Faigen*
                                            Zachary M. Faigen
                                            Attorney for Plaintiff Emidio Soltysik

*I, Zachary M. Faigen, attest that the signatories below, and on whose behalf the filing is also submitted, concur in the filing's content and have authorized the filing.*

DATED: February 27, 2020  By: */s/*        *Peter H. Chang*
                                            Peter H. Chang
                                            Attorney for Defendant Alex Padilla

DATED: February 27, 2020     By: */s/*     *Gina Eachus*
                                           Gina Eachus

                                           Attorney for Defendant Dean Logan